

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Thompson Boyd | **Civil Action No.** 17cv1896-MMA(JLB) |
| **Petitioner,** | |
| **V.** | |
| Dean Borders, Warden, California Institution for Men; Department of Corrections and Rehabilitation; Superior Court of the State of California | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Second Amended Petition (ECF No. 12) is denied. Further, the Court declines to issue a certificate of appealability.

**Date:** _____7/2/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman
_____
R. Chapman, Deputy